IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL REED, | ) | CASE NO. 5:18-cv-2386 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| VILLAGE OF WILMOT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |
| | ) | |

For the reasons stated in the contemporaneously filed Memorandum Opinion and Order issued by this Court on September 30, 2019, the Court GRANTS Defendant's Motion for Summary Judgment on Plaintiff's federal claims (Doc. 34), DENIES Plaintiff's Motion for partial Summary Judgment (Doc. 33), and enters judgment in favor of Defendant on Plaintiff's federal claims, Counts 1 and 2. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims; accordingly, Plaintiff's state law claims are DISMISSED without prejudice and Defendants' Motion for Summary Judgment on those claims (Doc. 35) is DENIED as moot.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: September 30, 2019

*/s/ Kathleen B. Burke*
_____
Kathleen B. Burke
United States Magistrate Judge